IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:22-CR-00146-RJC-DSC

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| DENISE WOODARD, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court *sua sponte* following Defendant's entry of a guilty plea to a Bill of Information on June 30, 2022. Attorney Donald F. Samuel appeared as counsel for Defendant. Following this proceeding, the Court became aware that Mr. Samuel is not admitted to practice in the Western District of North Carolina. Nor was he admitted pro hac vice in this case. His office is in Atlanta, Georgia where he is admitted to practice in the Northern District of Georgia. Court records show that Mr. Samuel was properly admitted pro hac vice in two previous matters here, U.S. v. Rand, 3:10-cr-182 and U.S. v Geiger, 5:10-cr-54. In U.S. v. Aning, 3:13-cr-337, he appeared and filed a motion on behalf of the Defendant without having been admitted pro hac vice.

Local Criminal Rule 44.1 states that "admission, appearance, discipline and disbarment of counsel are governed by LCvR 83.1 and LCvR 83.2, which are fully adopted herein." Under Local Civil Rule 83.1(b)(1), an attorney may be admitted to practice before this Court by pro hac vice admission which is "an admission to the Bar of this Court in a particular case by an attorney who is a member in good standing of the Bar of a United States District Court, the Bar of the highest

court of any state, or the District of Columbia Bar. Such candidate must associate local counsel and be accompanied by local counsel at all hearings unless otherwise permitted by the Court."

Given his prior appearances in this District, Mr. Samuel should be well aware of the Local Rules governing admission pro hac vice. This is the second instance where he has appeared without having been admitted pro hac vice. Accordingly, it is ORDERED that:

1. Mr. Samuel's appearance in this matter is stricken.

2. He shall associate local counsel forthwith and make a proper motion to appear pro hac vice if he intends to represent the Defendant. Local counsel shall appear at all future hearings.

3. Any further violations of the Local Rules or the Court's orders will result in imposition of sanctions.

The Clerk is directed to send copies of this Order to Mr. Samuel, the U.S. Attorney and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED**.

Signed: July 8, 2022

David S. Cayer
United States Magistrate Judge